STATE OF CONNECTICUT *v.* PETER A. PEPE

The motion by the state to dismiss the appeal from the Superior Court in New Haven County is granted.

*Robert K. Walsh,* assistant state's attorney, for the appellee (state).

*Alan E. Silver,* for the appellant (defendant).

Argued April 7—decided April 7, 1970

MAE GENTILE ET AL. *v.* HOWARD S. IVES, HIGHWAY COMMISSIONER

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is denied.

*William A. McQueeney,* assistant attorney general, for the appellee (defendant).

*Harry M. Lessin,* for the appellants (plaintiffs).